STATE OF CONNECTICUT *v.* WILLIAM O'CONNELL

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 135 (AC 13680), is denied.

*William O'Connell,* pro se, in support of the petition.

*Michael J. Weber, Jr.,* supervisory assistant state's attorney, in opposition.

Decided December 12, 1994

BERNARD THOMAS *v.* COMMISSIONER OF CORRECTION

The petitioner Bernard Thomas' petition for certification for appeal from the Appellate Court, 36 Conn. App. 906 (AC 12463), is denied.

*Denise Ansell,* special public defender, in support of the petition.

*Leon F. Dalbec, Jr.,* assistant state's attorney, in opposition.

Decided December 12, 1994

RECOVERY ALLIANCE, INC. *v.* DEPARTMENT OF REVENUE SERVICES, DIVISION OF SPECIAL REVENUE

The plaintiff's petition for certification for appeal from the Appellate Court, 36 Conn. App. 913 (AC 12361), is denied.

*Francis W. Benner,* in support of the petition.

Decided December 12, 1994